# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON RACKLIFFE,<br><br>        Plaintiff,<br><br>   v.<br><br>C.O. ROCHA, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-cv-00640-OWW-NEW (DLB) PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO ADMINISTRATIVELY CLOSE THIS CASE ON THE GROUND THAT IT IS DUPLICATIVE OF CASE NUMBER 1:07-CV-00603-AWI-DLB PC<br><br>(Doc. 1) |

     Plaintiff Brandon Rackliffe ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On April 20, 2007, plaintiff filed case number 1:07-cv-00603-AWI-DLB PC *Rackliffe v. Rocha, et al*. On April 27, 2007, this case was filed. A review of the complaints reveals that they are identical. Therefore, this case shall be closed and the earlier filed case shall proceed.

     Accordingly, the Clerk's Office is HEREBY DIRECTED to close this case on the ground that it is duplicative of case number 1:07-cv-00603-AWI-DLB PC.

IT IS SO ORDERED.

**Dated:   August 30, 2007**                               /s/ Oliver W. Wanger
                                                             UNITED STATES DISTRICT JUDGE